# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | | |
|---|---|---|
| CARLOS T. ADAMS, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 2:21-cv-02224-JTF-atc |
| | ) | |
| JOHN DOLAN, ET AL., | ) | |
| | ) | |
|     Defendants. | ) | |
| | ) | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE

On April 9, 2021, Plaintiff Carlos T. Adams, booking number 20107034, who was then incarcerated at the Shelby County Criminal Justice Center ("Jail") in Memphis, Tennessee, filed a *pro se* civil complaint and a motion to proceed *in forma pauperis*. (ECF Nos. 1 & 2.)  The Court issued an order on April 13, 2021, granting leave to proceed *in forma pauperis* and assessing the civil filing fee pursuant to 28 U.S.C. §§ 1915(a)–(b). (ECF No. 4.)  The order directed Plaintiff to notify the Court immediately of any change of address and warned that failure to do so could result in dismissal of this action without further notice.  (*Id*. at PageID 13.)  On December 1, 2022, the Court received notice that Plaintiff was released on November 5, 2022.  (ECF No. 5.)

Plaintiff has not submitted a change of address.  The most basic responsibility of a litigant is to keep the Court advised of his whereabouts.  Plaintiff was directed to do so in the April 13, 2021 order but has failed to notify the Court of his current location.  Therefore, it appears Plaintiff has abandoned this action.  Accordingly, this case is hereby DISMISSED without prejudice, pursuant to Federal Rule of Civil Procedure 41(b), for failure to comply with the Court's order.

It is also CERTIFIED, pursuant to 28 U.S.C. § 1915(a)(3) and Federal Rule of Appellate Procedure 24(a), that any appeal in this matter by Plaintiff would not be taken in good faith. Leave to proceed on appeal *in forma pauperis* is, therefore, DENIED.

IT IS SO ORDERED this 19th day of December, 2022.

*s/ John T. Fowlkes, Jr.*
JOHN T. FOWLKES, JR.
UNITED STATES DISTRICT JUDGE