# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

| | | |
|---|---|---|
| CARLOS T. ADAMS, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) | No. 2:21-cv-02224-JTF-atc |
| JOHN DOLAN, ET AL., | ) ) ) | |
| Defendants. | ) ) | |

## JUDGMENT

**Decision by Court.**  This action came for consideration before the Court. The issues have been duly considered, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that in accordance with the Order Dismissing Case Without Prejudice, which was entered on December 19, 2022, the action is **DISMISSED** without prejudice**.**

**IT IS SO ORDERED**, this 19th day of December, 2022.

APPROVED:

| | |
|---|---|
| /s/ *John T. Fowlkes, Jr.* | THOMAS M. GOULD |
| JOHN T. FOWLKES, JR. | CLERK |
| UNITED STATES DISTRICT JUDGE | |
| | |
| December 19, 2022 | */s/ Lisa R. Harris* |
| DATE | (BY) LISA R. HARRIS |
| | *PRO SE* LAW CLERK |